FILED

06/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0188

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No.:   **DA 20-0188**

| | |
|---|---|
| **STATE OF MONTANA,** | |
| *Plaintiff and Appellee,* | **ORDER GRANTING TWO WEEK EXTENSION OF TIME** |
| v. | |
| **BRANDON MICHAEL BAILEY,** | |
| *Defendant and Appellant.* | |

**UPON** Appellant's Motion for Two Week Day Extension to File Opening Brief, and good cause appearing, **IT IS HEREBY ORDERED** that the Appellant's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for Appellant to submit his Opening Brief is now July 2, 2020.

DATED this _____ day of June, 2020.

_____
SUPREME COURT JUSTICE

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 18 2020